1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

FREDDIE MCCARDIE,

    Plaintiff,

        v.

CALIFORNIA STATE PRISON, CORCORAN,

    Defendant.

Case No. 20-cv-07729-LB

**ORDER OF TRANSFER**

Re: ECF No. 1

Freddie McCardie filed this *pro se* civil rights action complaining about events and omissions occurring at the California State Prison – Corcoran, located in Kings County, where he currently is housed. Kings County is within the venue of the Eastern District of California. *See* 28 U.S.C. § 113(a). The defendant is the prison itself and resides in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California. Venue therefore would be proper in the Eastern District of California and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.

**IT IS SO ORDERED.**

Dated: November 13, 2020

_____
LAUREL BEELER
United States Magistrate Judge